IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>YESSICA CRUZ-MONROY,<br><br>Defendant. | 8:11CR175<br><br>ORDER |

This matter is before the court on defendant's MOTION TO EXTEND FILING DEADLINES [17]. The record shows that this deadline has already expired. The present motion was not timely filed, and the court finds that the defendant has not shown good cause for reopening the deadline.

**IT IS ORDERED:**

Defendant's MOTION TO EXTEND FILING DEADLINES [17] is denied.

Pursuant to NECrimR 57.2(a), a party may appeal this order by filing a "Statement of Appeal of Magistrate Judge's Order" no later than 12:00 noon on Thursday, July 14, 2011.

**DATED this 6th day of July, 2011.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**