## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:11CR175** |
| **vs.** | ) | |
| | ) | **ORDER** |
| **YESSICA CRUZ-MONROY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the defendant's Second Motion to Extend Pretrial Motion Deadline [19]. This is the defendant's second request to extend the pretrial motions deadline. The record shows that the first motion to extend pretrial motion deadline [17] was denied as not timely filed and that the defendant had not shown good cause for a further extension of the pretrial motion deadline pursuant to the Order [18] filed on July 6, 2011. There was no "Objection to Magistrate Judge's Order" filed by the defendant. The defendant has now filed a Second Motion to Extend Pretrial Motion Deadline [19]. However, there is no new information presented in this motion that would cause the court to grant a continuance. The court finds that the defendant has not shown good cause for a further extension of the pretrial motion deadline.

**IT IS ORDERED:**

The defendant's Second Motion to Extend Pretrial Motion Deadline [19] is denied.

**DATED this 28th day of July, 2011.**

**BY THE COURT:**

**s/ F.A. Gossett, III**
**United States Magistrate Judge**